

SO ORDERED.
SIGNED this 2nd day of July, 2013

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ John C. Cook
John C. Cook
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE

In re:                                          Case No. 12-14964

**Richard Ronald Masters, Jr.**                 Chapter 13

### ORDER

This case is before the court on an objection filed by the Debtor to the ercko qh InSolve Recovery, LLC c/o Capital Recovery Group which has been assigned claim number 6. Because it appears that the objector is entitled to the relief sought, it is hereby

**ORDERED** that the objection is sustained. More specifically, it is ordered that the duplicate claim number 6 is hereby disallowed.

# # #